874 A.2d 1102

SAIDA JORGE, ON BEHALF OF HERSELF AND OTHERS SIMI-
LARLY SITUATED, PLAINTIFF–RESPONDENT, v. TOYOTA MO-
TOR INSURANCE SERVICES INC., DEFENDANT–MOVANT,

May 25, 2005.

ORDERED that the motion for leave to appeal is granted, and
the matter is summarily remanded to the Appellate Division to
consider on the merits in light of the Court's decision in *Thiede-
mann v. Mercedes Benz*, 183 *N.J.* 234, 872 *A.2d* 783 (2005).

874 A.2d 1102

STATE OF NEW JERSEY, PLAINTIFF, v. FRANK
GYORI, JR., DEFENDANT–MOVANT.

May 25, 2005.

ORDERED that the motion for leave to appeal is granted.